920

No. 952.   FREEMAN, SECRETARY OF AGRICULTURE, ET AL. *v.* ARMOUR & Co.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted.   *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Sherman L. Cohn* for petitioners.   *Herbert Brownell, Thomas F. Daly, Harry A. Inman* and *George E. Leonard* for respondent.

No. 373, October Term, 1958.   CAMERON IRON WORKS, INC., *v.* LODGE No. 12, DISTRICT No. 37, INTERNATIONAL ASSOCIATION OF MACHINISTS, 358 U. S. 880.   Motion for leave to file petition for rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this application.

No. 214.   HOHENSEE *v.* NEWS SYNDICATE, INC., 369 U. S. 659;

No. 841.   HERMAN SCHWABE, INC., *v.* UNITED SHOE MACHINERY CORP., 369 U. S. 865;

No. 588, Misc.   KOSTAL ET AL. *v.* STONER, JUDGE, ET AL., 369 U. S. 868;

No. 870, Misc.   GENSBURG *v.* CALIFORNIA STATE LEGISLATURE ET AL., 369 U. S. 875; and

No. 1192, Misc.   DUKES *v.* SAIN, SHERIFF, 369 U. S. 868.   Petitions for rehearing denied.

No. 920, Misc.   WARREN *v.* LARSON, STATE TREASURER, 369 U. S. 427.   Petition for rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this application.